IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN E. PRIDE,**  PETITIONER
ADC #73122

VS.   NO. 5:15CV210-BRW-BD

**WENDY KELLEY, Director,**
Arkansas Department of Correction   RESPONDENT

## ORDER

The proper Respondent in a habeas corpus action filed in United States District Court is the state officer who has custody of Mr. Pride. Rule 2, Rules Governing § 2254 Cases. Mr. Pride has correctly named as a Defendant Wendy Kelley, Director of the Arkansas Department of Correction, but Defendants Lisa Bass and James Gibson are improperly identified by Mr. Pride as defendants. Accordingly, the Clerk of Court is directed to remove their names from the docket as party defendants in this case.

DATED this 30th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE