IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN E. PRIDE**  **PETITIONER**

**VS.**           **CASE NO.: 5:15CV00210 BRW/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of September, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE